No. D–838. IN RE DISBARMENT OF ADELMAN. It is ordered that Barry Leonard Adelman, of Philadelphia, Pa., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.